No. 8984.  STATE OF MONTANA, EX REL. S. O. MYSSE, ET AL., RELATORS, *v.* DISTRICT COURT of the STATE OF MONTANA, In and For the SIXTEENTH JUDICIAL DISTRICT, COUNTY OF GARFIELD, ET AL., RESPONDENTS.
219 Pac. (2d) 650.

Decided June 29, 1950.

*Mr. Ralph J. Anderson,* Helena, of counsel, for relators.

*Mr. J. J. McIntosh,* Forsyth, for Mysse.

*Mr. Hugh J. Lemire,* Miles City, for Birkem.

PER CURIAM.

It appearing from the record that plaintiffs' motion in the district court for an order extending, on good cause shown, time for payment of taxes, penalties and interest, and that the district court was vested with jurisdiction to grant such motion, relators' application for writ of supervisory control is denied and the proceedings ordered dismissed.